

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2022

No. 04-22-00260-CR

**EX PARTE** Jorge Favian **DOMINGUEZ ORTIZ**

From the County Court, Kinney County, Texas
Trial Court No. 10364CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

On September 29, 2022, the State filed a "Motion to Strike Appellant's Reply Brief, Reschedule Oral Argument, Limit the Scope of Oral Argument, Or Permit Additional Post-Submission Briefing." We DENY the State's motion as to its requests to reschedule oral argument and to limit the scope of oral argument. We GRANT the State's motion as to its request to file additional post-submission briefing. We ORDER that the State may file a sur-reply brief on or before October 19, 2022. We take under advisement the State's motion as to its request to strike Appellant's reply brief. We ORDER that Appellant may file a response as to the State's request to strike Appellant's reply brief on or before October 10, 2022.

It is so **ORDERED** October 3, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT